# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SEEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN SCHULMAN, et al.,<br><br>　　　　　Defendant. | Case No. 5:17-cv-02206 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Richard Seeborg to determine whether it is related to 3:16-cv-07371 RS, Cho, et al. v. PayPal Holdings, Inc. and 3:17-cv-00162 RS, Silverman v. Schulman, et al.

　　IT IS SO ORDERED.

Date: April 24, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　United States Magistrate Judge