Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re PAYPAL HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:16-cv-07371-RS <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO EBAY, INC., JOHN J. DONAHOE, AND ROBERT SWAN** |
|---|---|

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Tianxiong Jiang ("Plaintiff") through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants eBay, Inc., John J. Donahoe, and Robert Swan. All parties to bear their own costs.

DATED: May 16, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and Class

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg, Esq.
Alessandra C. Phillips, Esq.
Leah Heifetz, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (215)
Email: jgoldberg@rosenlegal.com
aphillips@rosenlegal.com
lheifetz@rosenlegal.com

Lead Counsel for Plaintiffs and Class

**PROOF OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 16, 2017, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL AS TO EBAY, INC., JOHN J. DONAHOE, AND ROBERT SWAN** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 16, 2017.

                                             /s/ Jacob A. Goldberg
                                             Jacob A. Goldberg