Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re PAYPAL HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:16-cv-07371-RS |
|---|---|

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff, Tianxiong Jiang, through his counsel, hereby voluntarily dismisses this action, without prejudice, against all defendants. The parties have agreed that each will bear its or his own fees and costs related to this action only.

1  Dated: June 1, 2017                    Respectfully submitted,

2                                         **THE ROSEN LAW FIRM, P.A.**

3
                                          By: /s/ *Laurence M. Rosen*
4                                         Laurence M. Rosen, Esq. (SBN 219683)
5                                         355 S. Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
6                                         Telephone: (213) 785-2610
7                                         Facsimile: (213) 226-4684
                                          Email: lrosen@rosenlegal.com
8
9                                         Counsel for Lead Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PROOF OF SERVICE**

1  
2   I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

3   I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand
4   Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

5   On June 1, 2017, I electronically filed the following **NOTICE OF VOLUNTARY**
6   **DISMISSAL WITHOUT PREJUDCIE** with the Clerk of the Court using the CM/ECF
7   system which sent notification of such filing to counsel of record.

8   Executed on June 1, 2017.

9  
10              /s/ *Jacob A. Goldberg*
                Jacob A. Goldberg